# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kelvin Wilson,

    Petitioner

v.

Jo Gentry, et al.,

    Respondents

2:17-cv-01254-JAD-VCF

**Order Dismissing Case**

[ECF No. 6]

On August 28, 2017, I ordered pro se petitioner Kelvin Wilson to show cause why this 28 U.S.C. § 2254 habeas corpus petition shouldn't be dismissed as untimely.[1] I also warned him that failure to respond to my order within 30 days would result in the dismissal of this case. That 30-day deadline has now passed, and Wilson has not responded to my order.

Accordingly, IT IS HEREBY ORDERED that Wilson's petition **[ECF No. 6]** is **DISMISSED with prejudice as time-barred**. I decline to issue a certificate of appealability because reasonable jurists could not find the forewarned dismissal of this case as time-barred to be debatable or wrong.

The **Clerk of Court** is directed to **enter judgment accordingly and CLOSE THIS CASE**.

DATED: December 13, 2017.

                                                                        U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 5.